Certificate Number: 05781-PAE-DE-030454345

Bankruptcy Case Number: 17-16982



05781-PAE-DE-030454345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2018, at 4:18 o'clock AM PST, Joseph Bouska completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 20, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President