IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph R. Bouska : Chapter 13
        Debtor : Bankruptcy No.: 17-16982-jkf
_____

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for debtor, hereby certify that a true and correct copy of Debtor's First Amended Chapter 13 Plan was forwarded to the following parties on March 22, 2018:

***via USPS, First Class Mail, Postage Pre-Paid on March 22, 2018:***

Mary Thetford, Bank. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

William S. Demchak, CEO
PNC Bank, National Association
4661 East Main Street
Columbus, OH 43251

***via Electronic Filing (ECF):***

Kevin G. McDonald, Esquire on behalf of PNC Bank, National Association
KMcDonald@blankrome.com

Matteo Samuel Weiner, Esquire on behalf of PNC Bank, National Association
bkgroup@kmllawgroup.com

Polly A. Langdon, Esquire on behalf of Trustee Frederick L. Reigle
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Frederick L. Reigle, Chapter 13 Trustee
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

                              LAW OFFICE OF STEPHEN J. ROSS, PC

                        By:    */s/ Joseph Quinn*
                                Joseph Quinn, Esquire
                                Attorney I.D. No. 307467
                                152 E. High Street, Suite 100
                                Pottstown, PA 19464
                                T: 610.323.5300
                                F: 610.323.6081
                                JQuinn@SJR-LAW.com
                                Counsel for Debtor

Date:  March 22, 2018