# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Joseph R Bouska
Bankruptcy No. 17-16982JKF
Adversary No.
Chapter          13

Date:   March 22, 2018

To:        Joseph Quinn, Esq.

## NOTICE OF INACCURATE FILING

Re:  Fee Application, Proposed Order, Notice, Certificate of Service (docket #27)

The above pleading was filed in this office on **3/21/18.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- (x)    Debtor's name does not match case number listed
- ()     Debtor's name and/or case number (is) are missing
- ()     Wrong PDF document attached
- ()     PDF document  not legible
- ()     Notice of Motion/Objection
- ()     Electronic Signature missing
- ()     Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Randi Janoff**
Deputy Clerk