## UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Joseph R. Bouska** | \| | **Chapter 13** |
| **Debtor(s)** | \| | **BK No. 17-16982-jkf** |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.    That I am the attorney for Debtor(s) in the above captioned matter.

2.    That a copy of the Application for Compensation was filed with the Court on March 21, 2018 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on March 21, 2018.

3.    No response to said Application has been received.

Respectfully Submitted,

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    Law Office of Stephen Ross, P.C.
    152 E. High Street, Suite 100
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: April 18, 2018