IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Joseph R. Bouska         :     Chapter 13
                Debtor           :     Bankruptcy No.: 17-16982-jkf

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Joseph R. Bouska, Debtor in the above-captioned matter.

2. That an application for compensation was filed by Debtor's attorney on March 21, 2018.

3. A certificate of service was filed with this Court on March 21, 2018 declaring timely service to parties in interest.

4. As per the dismissal order dated May 2, 2018, Counsel certifies:

    a. No objection has been filed to the proposed compensation payable to Counsel as an administrative expense; and

    b. No additional applications for payment of administrative expenses have been filed.

**LAW OFFICE OF STEPHEN J. ROSS, PC**

BY:    */s/ Joseph Quinn*_____
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       152 E. High Street, Suite 100
       Pottstown, PA  19464
       T: (610) 323 - 5300
       F: (610) 323 - 6081
Date: May 25, 2018    JQuinn@sjr-law.com